USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENEIDA DELVALLE,<br><br>                         Plaintiff,<br><br>-v.-<br><br>UNUM GROUP CORP. and FIRST UNUM LIFE INSURANCE COMPANY,<br><br>                         Defendants. | 22 Civ. 7717 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on May 12, 2023, at 9:30 A.M., to address Plaintiff's request that the Court compel Defendants to respond to Plaintiff's discovery requests. *See* ECF No. 25. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 298 388 252#.

      SO ORDERED.

Dated:  May 2, 2023
           New York, New York

                                                        JENNIFER H. REARDEN
                                                        United States District Judge