```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENEIDA DELVALLE,

                    Plaintiff,

         -v.-

UNUM GROUP CORP. and FIRST UNUM
LIFE INSURANCE COMPANY,

                    Defendants.

---

22 Civ. 7717 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for a teleconference, on June 14, 2023 at 11:30 a.m., to address the issues raised in the parties' May 23, 2023 joint status letter. *See* ECF No. 32. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 354 905 569#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

      SO ORDERED.

Dated: June 5, 2023
       New York, New York

                                                        */s/ Jennifer H. Rearden*
                                                        JENNIFER H. REARDEN
                                                        United States District Judge