USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENEIDA DELVALLE,

                    Plaintiff,

          -v-

FIRST UNUM LIFE INSURANCE COMPANY,

                    Defendant.

**ORDER**

22-CV-7717 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order of reference dated March 31, 2026, the undersigned was referred for general pretrial. ECF No. 68. The parties are directed to file a joint letter by **April 10, 2026** describing the status of this case and proposed next steps.

**SO ORDERED.**

Dated: April 1, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge