UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2026

ENEIDA DELVALLE,

               Plaintiff,

    -v-

FIRST UNUM LIFE INSURANCE COMPANY,

               Defendant.

**ORDER**

22-CV-7717 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report.  ECF No. 71.  The parties are directed to file a further joint status report by **April 27, 2026.**

**SO ORDERED.**

Dated: April 13, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1