UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENEIDA DELVALLE,

     Plaintiff,

   -v-

FIRST UNUM LIFE INSURANCE COMPANY,

     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2026

**ORDER**

22-CV-7717 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

 The Court is in receipt of the parties' joint status report.  ECF No. 73.  The parties are directed to file a further joint status report by **June 18, 2026.**

**SO ORDERED.**

Dated: April 28, 2026
   New York, New York

          _____
          Henry J. Ricardo
          United States Magistrate Judge

1