UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ENEIDA DELVALLE,

                Plaintiff,

    -v-                                  No. 22-CV-7717-LTS

FIRST UNUM LIFE INSURANCE COMPANY,

                Defendant.

------------------------------------------------------------X

## ORDER OF DISMISSAL

        The Court has been advised that this action has been or will be settled. Accordingly, it is hereby ORDERED that this action is dismissed without costs to any party, but without prejudice to restoration of the action to the calendar of the undersigned if an application to restore the action is made within thirty (30) days of the date of this Order.  If a party wishes the Court to retain jurisdiction in this matter to enforce any settlement agreement, they must move to restore the action and submit the settlement agreement to the Court before this thirty (30)-day period expires.  To extend the thirty (30)-day period, for purposes of restoring the action or finalizing or submitting the settlement, a party must make a letter application before the period expires.

If no application to restore the action or extend the time within which it may be settled is made before the expiration of the thirty (30)-day period and any extensions thereof, today's dismissal of the action is with prejudice.

SO ORDERED.

Dated: New York, New York
      June 26, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge